Russell J. Singer
PO Box 485
Laguna Beach, California 92652
Assignee / Judgment Creditor, In Pro Per

FILED
RICHARD W. NAGEL
CLERK OF COURT
JUN -4 2026 11:33 A
U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-CINCINNATI

May ___, 2026

Office of the Clerk
United States District Court
Southern District of Ohio, Western Division
Potter Stewart U.S. Courthouse
100 East Fifth St., Rm. 103
Cincinnati, Ohio 45202

**Re: Schwartzer v. Thomsen, Case No. 1:26-mc-00010-DRC-SKB**

Dear Clerk of Court:

Enclosed for filing in the above-referenced matter is the following:

Notice of Assignment of Judgment, with Exhibit A (Assignment of Judgments).

~~Also enclosed is a self-addressed, stamped envelope for return of a file-stamped copy.~~

~~Thank you for your assistance.~~

Respectfully submitted,

Russell J. Singer
Assignee / Judgment Creditor, In Pro Per
PO Box 485
Laguna Beach, California 92652

Russell J. Singer
PO Box 485
Laguna Beach, CA 92652
Telephone: 949-280-4336
russell@adobejudgmentcollections.com
Assignee of Judgment Creditor, In Pro Per

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| LENARD E. SCHWARTZER, in his capacity as Chapter 7 Trustee,<br>Plaintiff,<br>vs.<br>KARL THOMSEN,<br>Defendant. | Case No. 1:26-mc-00010-DRC-SKB<br>Judge Douglas R. Cole<br>Magistrate Judge Stephanie K. Bowman<br>**NOTICE OF ASSIGNMENT OF JUDGMENT** |

PLEASE TAKE NOTICE that the judgment entered April 6, 2022 in the U.S. Bankruptcy Court, District of Nevada (Adversary No. 21-01222-ABL), in favor of Lenard E. Schwartzer, in his capacity as Chapter 7 Trustee, and against Karl Thomsen, in the amount of $18,868.52, and registered in this Court under 28 U.S.C. § 1963 as Case No. 1:26-mc-00010 (Doc. 1), has been assigned to Russell J. Singer.

By Assignment of Judgments dated December 22, 2025, executed and delivered pursuant to an Asset Purchase Agreement, the Chapter 7 Trustee assigned to the undersigned all of the Trustee's right, title, and interest in the judgment, including the money due and to become due thereon, the post-judgment interest, and all liens and ancillary rights securing the same.

Russell J. Singer is the assignee of the Judgment Creditor and the current lawful holder of the judgment, with full rights of enforcement, and is entitled to enforce the judgment in his own name. A true and correct copy of the Assignment of Judgments is attached as Exhibit A.

Dated: May 29, 2026

Respectfully submitted,

Russell J. Singer

Russell J. Singer
Assignee of Judgment Creditor, In Pro Per
PO Box 485
Laguna Beach, CA 92652

# EXHIBIT A

# ASSIGNMENT OF JUDGMENTS

KNOW ALL PERSONS BY THESE PRESENTS:

**LENARD E. SCHWARTZER, IN HIS CAPACITY AS CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE ("ESTATE") OF WELSCORP, INC. AND ITS RELATED ENTITIES**, having a business address at Marbeya Executive Offices Suite B200-107, 6655 W. Sahara Avenue, Las Vegas, Nevada 89146 **(the "TRUSTEE" OR "ASSIGNOR")**, and pursuant to that certain Asset Purchase Agreement, dated as of December _, 2025 ("APA") (the "Assignment Date"), with and between assignee **RUSSELL J. SINGER,** an individual having an address of PO Box 485, 204 Laguna Beach, California, 92652 (**"ASSIGNEE"**), for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, does by these presents assign to Assignee, AS IS, WHERE IS, AND WITHOUT RECOURSE AND WITHOUT REPRESENTATION OR WARRANTY OF ANY KIND, all of Assignor's right, title and interest in and to: i) the judgments set forth in **Exhibit A** appended hereto (the "Judgments"); (ii) the money due and to become due thereon, along with the post-judgment interest; and iii) and all liens and ancillary rights securing the same, TO HAVE AND TO HOLD the same unto the said Assignee forever.

The Assignor further states that: i) each of the Judgments was entered in the United States Bankruptcy Court for the District of Nevada (the "Bankruptcy Court") in the respective adversary proceeding as identified in Exhibit A; ii) the Assignor is the original judgment creditor for each of the Judgments; iii) the last known address of each of the respective judgment debtors is the address where the service of summons was executed, as reflected on the court docket.

IN WITNESS WHEREOF, the undersigned has duly executed and delivered this Assignment of Judgment to be duly executed and delivered by its authorized representative as of the date first set forth above.

DATED: 12/22/2025

LENARD E. SCHWARTZER, IN HIS CAPACITY AS CHAPTER 7 TRUSTEE,
*Assignor*

By: [signature]
Lenard E. Schwartzer, Chapter 7 Trustee

STATE OF NEVADA )
ss:
COUNTY OF Clark )

On the 22 day of December, 2025, before me personally came Lenard E. Schwartzer, known to me, who executed the foregoing instrument, and acknowledged that he executed the same.

Suzanne Jordan
Notary Public

SUZANNE JORDAN
Notary Public, State of Nevada
Appointment No. 22-3153-01
My Appt. Expires Jul 31, 2026

## EXHIBIT A

### JUDGMENTS

| Debtor Name | Case Number | Judgment Amount | Collected | Remaining |
|---|---|---|---|---|
| Alan Gruskoff | BK-S-21-01008-ABL | $216,000.00 | | $216,000.00 |
| Gene Rodriguez | BK-S-21-01173-ABL | $641,002.05 | | $641,002.05 |
| Phil Mannoni | BK-S-21-01177-ABL | $148,326.99 | $4,830.76 | $143,496.23 |
| Brian Mogensen | BK-S-21-01179-ABL | $402,293.26 | | $402,293.26 |
| Mogensen Steel Erectors | BK-S-21-01179-ABL | $181,142.14 | | $181,142.14 |
| Francesca Horbay | BK-S-21-01189-ABL | $127,943.47 | | $127,943.47 |
| Peter Wittig | BK-S-21-01192-ABL | $72,180.66 | | $72,180.66 |
| Oomph Mode, Inc. (Bryan Centola) | BK-S-21-01226-ABL | $35,405.98 | | $35,405.98 |
| Dianne Hutchings | BK-S-21-01198-ABL | $119,988.23 | | $119,988.23 |
| Greg Yoon | BK-S-21-01203-ABL | $10,577.44 | | $10,577.44 |
| Louis Oliver | BK-S-21-01187-ABL | $87,500.00 | | $87,500.00 |
| Deena Zymkowitz, Inc. | BK-S-21-01201-ABL | $80,000.00 | $262.92 | $79,737.08 |
| Danyelle Ramirez | BK-S-21-01200-ABL | $54,986.08 | $44.00 | $54,942.08 |
| Kenneth Bankston | BK-S-21-01186-ABL | $98,645.35 | $2,577.00 | $96,068.35 |
| Paul Shaver | BK-S-21-01209-ABL | $47,500.00 | $1,750.00 | $45,750.00 |
| Kenneth Becker | BK-S-21-01205-ABL | $30,000.00 | | $30,000.00 |
| Travis Bieberitz | BK-S-21-01211-ABL | $35,983.09 | | $35,983.09 |
| Patrick Esposito | BK-S-21-01215-ABL | $32,000.00 | | $32,000.00 |
| Adam Hutchings | BK-S-21-01196-ABL | $25,000.00 | | $25,000.00 |
| Kari Thomsen | BK-S-21-01222-ABL | $18,868.52 | $4,341.85 | $14,526.67 |
| Caley McKelvy | BK-S-21-01181-ABL | $67,379.02 | | $67,379.02 |
| Run Vegas Partners, LLC | BK-S-21-01185-ABL | $47,602.85 | | $47,602.85 |
| Derek Powell | BK-S-21-01180-ABL | $119,988.23 | | $119,988.23 |
| Musalih El-Amin | BK-S-21-01199-ABL | $25,000.00 | | $25,000.00 |
| Crown Media Services | BK-S-21-01199-ABL | $30,629.00 | | $30,629.00 |
| Clyde E. Austin | BK-S-21-01169-ABL | $397,800.00 | | $397,800.00 |
| Patricia Austin | BK-S-21-01169-ABL | $555,400.00 | | $555,400.00 |
| Kathleen Shelton | BK-S-21-01204-ABL | $120,718.34 | | $120,718.34 |
| Steven Lore | BK-S-21-01175-ABL | $227,565.16 | | $227,565.16 |
| William Castaldi | BK-S-20-01168-ABL | $879,500.00 | | $879,500.00 |
| Karin Castaldi | BK-S-20-01168-ABL | $45,000.00 | | $45,000.00 |
| Greg Fowler | BK-S-21-01174-ABL | $96,342.72 | | $96,342.72 |

### ABSTRACT OF JUDGMENT RECORDINGS - DIANNE HUTCHINGS

The following Abstracts of Judgment have been recorded against Judgment Debtor Dianne Hutchings:

| County | Recording Date | Document No. | Case Number | Amount |
|---|---|---|---|---|
| San Bernardino | 03/16/2023 | 2023-0062417 | 2:22-CV-09142-PSG | $119,988.23 |
| Los Angeles | 04/24/2023 | 20230262469 | 2:22-CV-09142-PSG | $119,988.23 |
| Los Angeles | 01/23/2024 | 20240050126 | 2:22-CV-09142-PSG | $119,988.23 |
| Riverside | 01/23/2024 | 2024-0020613 | 2:22-CV-09142-PSG | $119,988.23 |
| Riverside | 01/23/2024 | 2024-0020614 | 2:22-CV-09142-PSG | $119,988.23 |

**Defendant Address:** 16153 Evansdale Way, Victorville, CA 92395

**Judgment Creditor:** Schwartzer, Lenard E. (Chapter 7 Trustee)

***Note:** The Los Angeles County recording dated 04/24/2023 (Inst. No. 20230262469) is the primary abstract for enforcement against property located at 471 Canyon Vista Drive, Los Angeles, CA 90065.*

**ABSTRACT OF JUDGMENT RECORDINGS - DAMIANO BRYAN CENTOLA**

The following Abstract of Judgment has been recorded against Judgment Debtor Damiano Bryan Centola:

| County | Recording Date | Document No. | Case Number | Amount |
|---|---|---|---|---|
| Los Angeles | 02/03/2023 | Filed with Court (Doc 11) | 2:22-cv-09186-PSG-MARx | $20,000.00 |

**Defendant Address:** 471 Canyon Vista Dr., Los Angeles, CA 90065
**Judgment Creditor:** Schwartzer, Lenard E. (Chapter 7 Trustee)
**Judgment Date:** October 26, 2022
**SSN (last 4):** 8472

**ABSTRACT OF JUDGMENT RECORDINGS - DANYELLE RAMIREZ**

The following Abstract of Judgment has been recorded against Judgment Debtor Danyelle Ramirez:

| County | Recording Date | Document No. | Case Number | Amount |
|---|---|---|---|---|
| Los Angeles | 02/03/2023 | Filed with Court (Doc 12) | 2:22-cv-9278-PSG-MAR | $54,986.08 |

**Defendant Address:** 1303 Valiant Street, Lancaster, CA 93534
**Judgment Creditor:** Schwartzer, Lenard E. (Chapter 7 Trustee)
**Judgment Date:** October 26, 2022
**SSN (last 4):** 7598

Russ Singer
P.O Box 485
Laguna Bch Ca
92652

UNITED STATES OF AMERICA FOREVER/USA
UNITED STATES OF AMERICA FOREVER/USA
UNITED STATES OF AMERICA FOREVER/USA

SANTA ANA P&DC

Clerk of Court
U.S. District Court
100 East 5th St RM 103
Cinn Ohio 45202