Revised 7/14/15

**CERTIFICATE OF JUDGMENT UNDER SECTION 2329.02**
**OHIO REVISED CODE**

UNITED STATES OF AMERICA
SS:
SOUTHERN DISTRICT OF OHIO

I, Richard W. Nagel, Clerk of the United States District Court for the Southern District of Ohio, do certify that the following foreign judgment is registered in the record of this court, sitting at Cincinnati, Ohio, pursuant to 28 U.S.C. § 1963:

**Case Number:** 1:26-mc-00010

**Case Name:** Schwartzer v. Thomsen

**Registered Document:** Registration of Foreign Judgment (Doc. 1), filed March 30, 2026

**Judgment in favor of:** Lenard E. Schwartzer, in his capacity as Chapter 7 Trustee
(Russell Singer, as assignee of record)

**and against:** Karl Thomsen

**In the amount of:** $18,868.52

____________________ **Appeal filed / Pending:** None

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court, at Cincinnati, Ohio this 29th day of July, A.D. 2026.

**RICHARD W. NAGEL, CLERK**

BY: [signature], Deputy Clerk

**- Underlying Judgment Reference -**

**Originating Court:** U.S. Bankruptcy Court, District of Nevada

**Lead Case:** In re Welscorp, Inc., No. BK-S-19-18056-ABL (consolidated)

**Adversary:** Schwartzer v. Thomsen, Adv. No. 21-01222-ABL - Judgment entered April 6, 2022 (Doc. 17)

**Nature:** Non-dischargeable under 11 U.S.C. § 523 (actual fraud)

Registered in S.D. Ohio under 28 U.S.C. § 1963 as Case No. 1:26-mc-00010