FILED RICHARD W. NAGEL CLERK OF COURT
2026 AUG -3 10:50 A
U.S. DISTRICT COURT SOUTHERN DISTRICT OF OHIO-CINCINNATI

Revised 7/14/15

**CERTIFICATE OF JUDGMENT UNDER SECTION 2329.02 OHIO REVISED CODE**

UNITED STATES OF AMERICA
SS.
SOUTHERN DISTRICT OF OHIO

I, Richard W. Nagel, Clerk of the United States District Court for the Southern District of Ohio, do certify that the following foreign judgment is registered in the record of this court, sitting at Cincinnati, Ohio, pursuant to 28 U.S.C. § 1963:

**Case Number:** 1:26-mc-00010 | CJ26020015

**Case Name:** Schwartzer v. Thomsen

**Registered Document:** Registration of Foreign Judgment (Doc. 1), filed March 30, 2026

**Judgment in favor of:** Lenard E. Schwartzer, in his capacity as Chapter 7 Trustee

(Russell Singer, as assignee of record)

**and against:** Karl Thomsen

**In the amount of:** $18,868.52

____________________ **Appeal filed / Pending:** None

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court, at Cincinnati, Ohio this 29th day of July, A.D. 2026.

CLERK OF COURTS HAMILTON COUNTY COMMON PLEAS
2026 JUL 29 P 3
FILED

**RICHARD W. NAGEL, CLERK**

BY: [signature]
[signature], Deputy Clerk

**- Underlying Judgment Reference -**

**Originating Court:** U.S. Bankruptcy Court, District of Nevada

**Lead Case:** In re Welscorp, Inc., No. BK-S-19-18056-ABL (consolidated)

**Adversary:** Schwartzer v. Thomsen, Adv. No. 21-01222-ABL - Judgment entered April 6, 2022 (Doc. 17)

**Nature:** Non-dischargeable under 11 U.S.C. § 523 (actual fraud)

Registered in S.D. Ohio under 28 U.S.C. § 1963 as Case No. 1:26-mc-00010

D148923681

AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

FILED
RICHARD W. NAGEL
CLERK OF COURT
MAR 30 2026 11:39 A
U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-CINCINNATI

# UNITED STATES DISTRICT COURT

for the

District of Nevada

Lenard E. Schwartzer, Chapter 7 Trustee
*Plaintiff*
v.
Karl Thomsen
*Defendant*

Civil Action No. BK-S-21-01222-ABL

1:26MC010

J. COLE M.J. BOWMAN

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 4/6/22.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 1/23/26

*CLERK OF COURT*

[signature]

*Signature of Clerk or Deputy Clerk*

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL FILED IN MY OFFICE
ON 3/30/2026
RICHARD W. NAGEL, Clerk of Court
By: [signature]
Deputy Clerk
Date: 7/29/2026

# ASSIGNMENT OF JUDGMENTS

**KNOW ALL PERSONS BY THESE PRESENTS:**

**LENARD E. SCHWARTZER, IN HIS CAPACITY AS CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE ("ESTATE") OF WELSCORP, INC. AND ITS RELATED ENTITIES**, having a business address at Marbeya Executive Offices Suite B200-107, 6655 W. Sahara Avenue, Las Vegas, Nevada 89146 (the "**TRUSTEE**" OR "**ASSIGNOR**"), and pursuant to that certain Asset Purchase Agreement, dated as of December _, 2025 ("APA") (the "Assignment Date"), with and between assignee **RUSSELL J. SINGER**, an individual having an address of PO Box 485, 204 Laguna Beach, California, 92652 ("**ASSIGNEE**"), for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, does by these presents assign to Assignee, AS IS, WHERE IS, AND WITHOUT RECOURSE AND WITHOUT REPRESENTATION OR WARRANTY OF ANY KIND, all of Assignor's right, title and interest in and to: i) the judgments set forth in Exhibit A appended hereto (the "Judgments"); (ii) the money due and to become due thereon, along with the post-judgment interest; and iii) and all liens and ancillary rights securing the same, TO HAVE AND TO HOLD the same unto the said Assignee forever.

The Assignor further states that: i) each of the Judgments was entered in the United States Bankruptcy Court for the District of Nevada (the "Bankruptcy Court") in the respective adversary proceeding as identified in Exhibit A; ii) the Assignor is the original judgment creditor for each of the Judgments; iii) the last known address of each of the respective judgment debtors is the address where the service of summons was executed, as reflected on the court docket.

IN WITNESS WHEREOF, the undersigned has duly executed and delivered this Assignment of Judgment to be duly executed and delivered by its authorized representative as of the date first set forth above.

DATED: 12/22/2025

LENARD E. SCHWARTZER, IN HIS CAPACITY AS CHAPTER 7 TRUSTEE,
*Assignor*

By: [signature]
Lenard E. Schwartzer, Chapter 7 Trustee

STATE OF NEVADA )
ss:
COUNTY OF Clark )

On the 22 day of December, 2025, before me personally came Lenard E. Schwartzer, known to me, who executed the foregoing instrument, and acknowledged that he executed the same.

[signature: Suzanne Jordan]
Notary Public

SUZANNE JORDAN
Notary Public, State of Nevada
Appointment No. 22-3153-01
My Appt. Expires Jul 31, 2026

## EXHIBIT A

### JUDGMENTS

| Debtor Name | Case Number | Judgment Amount | Collected | Remaining |
|---|---|---|---|---|
| Alan Gruskoff | BK-S-21-01008-ABL | $216,000.00 | | $216,000.00 |
| Gene Rodriguez | BK-S-21-01173-ABL | $641,002.05 | | $641,002.05 |
| Phil Mannoni | BK-S-21-01177-ABL | $148,326.99 | $4,830.76 | $143,496.23 |
| Brian Mogensen | BK-S-21-01179-ABL | $402,293.26 | | $402,293.26 |
| Mogensen Steel Erectors | BK-S-21-01179-ABL | $181,142.14 | | $181,142.14 |
| Francesca Horbay | BK-S-21-01189-ABL | $127,943.47 | | $127,943.47 |
| Peter Wittig | BK-S-21-01192-ABL | $72,180.66 | | $72,180.66 |
| Oomph Mode, Inc. (Bryan Centola) | BK-S-21-01226-ABL | $35,405.98 | | $35,405.98 |
| Dianne Hutchings | BK-S-21-01198-ABL | $119,988.23 | | $119,988.23 |
| Greg Yoon | BK-S-21-01203-ABL | $10,577.44 | | $10,577.44 |
| Louis Oliver | BK-S-21-01187-ABL | $87,500.00 | | $87,500.00 |
| Deena Zymkowitz, Inc. | BK-S-21-01201-ABL | $80,000.00 | $262.92 | $79,737.08 |
| Danyelle Ramirez | BK-S-21-01200-ABL | $54,986.08 | $44.00 | $54,942.08 |
| Kenneth Bankston | BK-S-21-01186-ABL | $98,645.35 | $2,577.00 | $96,068.35 |
| Paul Shaver | BK-S-21-01209-ABL | $47,500.00 | $1,750.00 | $45,750.00 |
| Kenneth Becker | BK-S-21-01205-ABL | $30,000.00 | | $30,000.00 |
| Travis Bieberitz | BK-S-21-01211-ABL | $35,983.09 | | $35,983.09 |
| Patrick Esposito | BK-S-21-01215-ABL | $32,000.00 | | $32,000.00 |
| Adam Hutchings | BK-S-21-01196-ABL | $25,000.00 | | $25,000.00 |
| Karl Thomsen | BK-S-21-01222-ABL | $18,868.52 | $4,341.85 | $14,526.67 |
| Caley McKelvy | BK-S-21-01181-ABL | $67,379.02 | | $67,379.02 |
| Run Vegas Partners, LLC | BK-S-21-01185-ABL | $47,602.85 | | $47,602.85 |
| Derek Powell | BK-S-21-01180-ABL | $119,988.23 | | $119,988.23 |
| Muslih El-Amin | BK-S-21-01199-ABL | $25,000.00 | | $25,000.00 |
| Crown Media Services | BK-S-21-01199-ABL | $30,629.00 | | $30,629.00 |
| Clyde E. Austin | BK-S-21-01169-ABL | $397,800.00 | | $397,800.00 |
| Patricia Austin | BK-S-21-01169-ABL | $555,400.00 | | $555,400.00 |
| Kathleen Shelton | BK-S-21-01204-ABL | $120,718.34 | | $120,718.34 |
| Steven Loro | BK-S-21-01175-ABL | $227,565.16 | | $227,565.16 |
| William Castaldi | BK-S-20-01168-ABL | $879,500.00 | | $879,500.00 |
| Karin Castaldi | BK-S-20-01168-ABL | $45,000.00 | | $45,000.00 |
| Greg Fowler | BK-S-21-01174-ABL | $96,342.72 | | $96,342.72 |

### ABSTRACT OF JUDGMENT RECORDINGS - DIANNE HUTCHINGS

**The following Abstracts of Judgment have been recorded against Judgment Debtor Dianne Hutchings:**

| County | Recording Date | Document No. | Case Number | Amount |
|---|---|---|---|---|
| San Bernardino | 03/16/2023 | 2023-0062417 | 2:22-CV-09142-PSG | $119,988.23 |
| Los Angeles | 04/24/2023 | 20230263469 | 2:22-CV-09142-PSG | $119,988.23 |
| Los Angeles | 01/23/2024 | 20240050126 | 2:22-CV-09142-PSG | $119,988.23 |
| Riverside | 01/23/2024 | 2024-0020613 | 2:22-CV-09142-PSG | $119,988.23 |
| Riverside | 01/23/2024 | 2024-0020614 | 2:22-CV-09142-PSG | $119,988.23 |

**Defendant Address: 16153 Evansdale Way, Victorville, CA 92395**

**Judgment Creditor: Schwartzer, Lenard E. (Chapter 7 Trustee)**

***Note: The Los Angeles County recording dated 04/24/2023 (Inst. No. 20230262469) is the primary abstract for enforcement against property located at 471 Canyon Vista Drive, Los Angeles, CA 90065.***

**ABSTRACT OF JUDGMENT RECORDINGS - DAMIANO BRYAN CENTOLA**

## The following Abstract of Judgment has been recorded against Judgment Debtor Damiano Bryan Centola:

| County | Recording Date | Document No. | Case Number | Amount |
|---|---|---|---|---|
| Los Angeles | 02/03/2023 | Filed with Court (Doc 11) | 2:22-cv-09186-PSG-MARx | $20,000.00 |

**Defendant Address: 471 Canyon Vista Dr., Los Angeles, CA 90065**
**Judgment Creditor: Schwartzer, Lenard E. (Chapter 7 Trustee)**
**Judgment Date: October 26, 2022**
**SSN (last 4): 8472**

**ABSTRACT OF JUDGMENT RECORDINGS - DANYELLE RAMIREZ**

## The following Abstract of Judgment has been recorded against Judgment Debtor Danyelle Ramirez:

| County | Recording Date | Document No. | Case Number | Amount |
|---|---|---|---|---|
| Los Angeles | 02/03/2023 | Filed with Court (Doc 12) | 2:22-cv-9278-PSG-MAR | $54,986.08 |

**Defendant Address: 1303 Valiant Street, Lancaster, CA 93534**
**Judgment Creditor: Schwartzer, Lenard E. (Chapter 7 Trustee)**
**Judgment Date: October 26, 2022**
**SSN (last 4): 7598**

Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
April 06, 2022

Joseph E. Sarachek, (NY Bar No. 2163228) *pro hac vice*
Zachary E. Mazur, (NY Bar No. 5706726) *pro hac vice*
Sarachek Law Firm
670 White Plains Road #PH
Scarsdale, New York 10583
joe@saracheklawfirm.com, (646) 517-5420
zachary@saracheklawfirm.com (646) 519-4396
*Special Litigation Counsel for Lenard E. Schwartzer, Trustee*

I certify that this is a true copy:
Attest: ________
Deputy Clerk, Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br>WELSCORP, INC.<br>Debtor. | Case No. BK-S-19-18056-ABL **(Lead Case)**<br>**Consolidated under BK-S-19-18056-ABL with:**<br>Case No. BK-S-20-11597-ABL<br>Case No. BK-S-20-11211-ABL<br>Case No. BK-S-20-11215-ABL<br>Chapter 7 |
| ☐ Affects Einstein Sports Advisory Ltd.<br>☐ Affects QSA LLC<br>☐ Affects Wellington Sports Club, LLC<br>☐ Affects Welscorp, Inc.<br>☒ Affects All Debtors | |
| LENARD E. SCHWARTZER, in his capacity as CHAPTER 7 TRUSTEE<br>Plaintiff,<br>vs.<br>KARL THOMSEN<br>Defendant. | **ADVERSARY PROCEEDING**<br>Case No. BK-S-21-01222-ABL |

**JUDGMENT BY DEFAULT AGAINST DEFENDANT**
**KARL THOMSEN**

Based on the Chapter 7 Trustee Lenard E. Schwartzer's Motion for Default Judgment Against Karl Thomsen (the "Motion for Default Judgment"), the hearing held on April 5, 2022, continued from March 10, 2022, (appearances noted on the record), the Court having stated on the record its findings of fact and conclusions of law, which are incorporated herein pursuant to Federal Rules of Bankruptcy Procedure 9014(c) and 7052, and Federal Rule of Civil Procedure 52, with good cause having been shown,

**IT IS HEREBY ORDERED** that the Motion for Default Judgment is granted in part;

**IT IS FURTHER ORDERED** that the Plaintiff Lenard E. Schwartzer, in his capacity as Chapter 7 Trustee in the above-captioned bankruptcy case, shall recover from Defendant Karl Thomsen the amount of eighteen thousand eight hundred sixty-eight dollars and fifty-two cents ($18,868.52).

**IT IS FURTHER ORDERED** that the Trustee is authorized to record this judgment and take any necessary actions to recover on it.

**IT IS FURTHER DETERMINED** that this judgment is for the recovery of money that was obtained by Defendant using false pretenses, false representations, or actual fraud for purposes of 11 U.S. Code § 523.

###

Submitted by:

/s/ Zachary E. Mazur
Joseph E. Sarachek, (NY Bar No. 2163228) *pro hac vice*
Zachary E. Mazur, (NY Bar No. 5706726) *pro hac vice*
Sarachek Law Firm
670 White Plains Road #PH
Scarsdale, New York 10583
*Special Litigation Counsel for*
*Lenard E. Schwartzer, Trustee*

**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐ The Court has waived the requirement of approval in LR 9021(b)(1).

■ No party appeared at the hearing or filed an objection to the Motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

March 25, 2026

Clerk of Court
United States District Court
Southern District of Ohio, Western Division
Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

**Re:** Registration of Foreign Judgment Pursuant to 28 U.S.C. § 1963
**Creditor:** Russell J. Singer
**Debtor:** Karl S. Thomsen a/k/a Karl Stephen Thomsen

Dear Clerk,

Enclosed for filing please find documents to register a foreign judgment pursuant to 28 U.S.C. § 1963:

- AO-451 Certification of Judgment
- Certified copy of the judgment entered April 1, 2022
- Assignment of judgment
- Civil Cover Sheet (JS-44)
- Filing fee in the amount of $52.00

Thank you for your assistance.

Respectfully submitted,

Russell J. Singer

# U.S. District Court

## Ohio Southern - Cincinnati

Receipt Date: Jul 29, 2026 11:20AM

Ammann Process Servers LLC
119 E Court St
Cincinnati, OH 45202

Rcpt. No: 100007188 Trans. Date: Jul 29, 2026 11:20AM Cashier ID: #KV (6469)

| CD | Purpose Code | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 104 | Cert of Document/Transcript of JGMT | | 1 | 12.00 | 12.00 |

| CD | Tender Type | | | Amt |
|---|---|---|---|---|
| PC | Paper Check Conversion | #1820 | 07/29/2026 | $12.00 |
| | | | Total Due Prior to Payment: | $12.00 |
| | | | Total Tendered: | $12.00 |
| | | | Total Cash Received: | $0.00 |

**Comments**: 1:26-mc-10

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

HAMILTON COUNTY
CLERK OF COURTS
1000 MAIN ST – ROOM 315
CINCINNATI, OH 45202-1206

quadient
FIRST-CLASS MAIL
IMI
$001.07⁰
07/30/2026 ZIP 45202
043M32206939
US POSTAGE

Southern District of Ohio
Potter Stewart US Courthouse
100 East Fifth Street, Room 103
Cincinnati, Ohio 45202

452023397S C023